UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT S. RANNEY,

    Plaintiff,

v.                        CASE No. 8:11-CV-2219-T-23TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

## REPORT AND RECOMMENDATION

The The plaintiff, acting pro se, filed this lawsuit seemingly challenging the denial of Social Security disability benefits.* Rule 4(m), Fed.R.Civ.P., provides that service of the summons and complaint must be made within 120 days after the filing of the complaint or else the suit is subject to dismissal. This case was filed **188** days ago, and service has not yet been accomplished in this case.

_____

*This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

The plaintiff was warned previously that a failure to comply timely with this Court's Orders, or disregard of the Court's local rules and the Federal Rules of Civil Procedure, may result in the dismissal of this complaint (Doc. 4). See McNeil v. United States, 508 U.S. 106, 113 (1993)(pro se litigants must comply with procedural rules that govern pleadings). Since the time allowed by Rule 4(m) has elapsed without service, it seems that dismissal is warranted for the plaintiff's failure to effect service, unless the plaintiff shows good cause for his failure. This report and recommendation shall provide notice to the plaintiff of the proposed dismissal.

For these reasons, I recommend that this action be dismissed unless the plaintiff, in response to this report and recommendation, shows good cause for his failure to effect timely service.

Respectfully submitted,

*[signature]*

THOMAS G. WILSON
DATED: APRIL 6, 2012    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).