UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT S. RANNEY,

    Plaintiffs,

v.                                                               CASE NO.: 8:11-cv-2219-T-23TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**<u>ORDER</u>**

    The *pro se* plaintiff appeals (Doc. 1) the Commissioner's denial of disability benefits. A January 31, 2012, order (Doc. 4) issued by Magistrate Judge Wilson notes that the plaintiff has failed to accomplish service and warns that "within thirty days from the date of this Order, the plaintiff shall accomplish service upon the defendant in accord with Rule 4, Fed. R. Civ. P. If that is not done, the suit is subject to dismissal." An April 9, 2012, report and recommendation (Doc. 8) states that "[t]his case was filed 188 days ago, and service has not yet been accomplished." Magistrate Judge Wilson recommends dismissal "unless the plaintiff, in response to this report and recommendation, shows good cause for his failure to effect timely service."

    The plaintiff objects (Doc. 9) and cites a misunderstanding that a mailing to the Social Security Administration and to the United States Attorney General accomplished service. Proceeding *pro se*, the plaintiff states good cause and complies

with Magistrate Judge Wilson's report and recommendation. The report and recommendation (Doc. 8) is **ADOPTED**.

On or before **MAY 18, 2012**, the plaintiff shall accomplish service in accord with Rule 4(i), Federal Rules of Civil Procedure. **Failure to comply will result in dismissal.**

ORDERED in Tampa, Florida, on April 18, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE